# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　*Plaintiff*,<br><br>　v.<br><br>DOUG COLLINS, *Secretary of Veterans Affairs*,<br><br>　　　　*Defendant*. | Civil Action No. 25-1196 (RDM) |

## ORDER

It is **ORDERED** that Plaintiffs' motion for leave to proceed under pseudonym, Dkt. 21 (filed in Civil Action No. 25-466), is hereby **GRANTED**.

It is further **ORDERED** that Civil Action No. 25-466 (RDM) and Civil Action No. 25-550 (RDM) be **SEALED**. The Clerk is directed to administratively close both cases.

It is further **ORDERED** that the Clerk shall open a new case captioned "JANE DOE v. DOUG COLLINS, *Secretary of Veterans Affairs*" without cost to the plaintiff and that all future filings shall be docketed in that case.

It is further **ORDERED** that parties are prohibited from disclosing Plaintiff's real name in any public record, transcript, or filing.

It is further **ORDERED** that any document containing Plaintiff's real name be filed under seal or redacted to conceal Plaintiff's identity.

　　　**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　/s/ Randolph D. Moss
　　　　　　　　　　　　　　　　　　　　　　RANDOLPH D. MOSS
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date:  April 18, 2025